**TIMOTHY J. RYAN (SBN 99542)**
tryan@ryanlg.com
**REBEKKA R. MARTORANO (SBN 173600)**
rmartorano@ryanlg.com
**THE RYAN LAW GROUP**
400 Capitol Mall, Suite 2540
Sacramento, California 95814
Telephone: (916) 924-1912
Facsimile: (916) 923-3872

Attorneys for Southwest Airlines Co.

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WANDA RENA BOLDEN ROSS<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO.; DOES 1 to 100, inclusive<br><br>Defendants. | Case No. 3:24-cv-08139-JCS<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Magistrate Judge Joseph C. Spero |

The parties to the above-entitled action jointly submit this Joint Case Management Statement pursuant to the *Standing Order for All Judges of the Northern District of California* and Civil Local Rule 16-9.

**1. Jurisdiction & Service**

It is the position of Southwest Airlines Co. ("Southwest") that this Court has diversity jurisdiction and is the proper venue as the alleged incident giving rise to this action occurred in this judicial district. Plaintiff disagrees. Southwest has filed an answer.

**2. Facts**

This action arises out of an incident on November 21, 2022, during boarding of a Southwest flight from Oakland, California to Las Vegas, Nevada. Plaintiff Wanda Rena Bolden Ross alleges

a Southwest employee was pushing a wheelchair passenger down the jetbridge behind Plaintiff and caused the wheelchair to strike Plaintiff's ankle, resulting in alleged injuries.

**3. Legal Issues**

Plaintiff alleges a claim for negligence.

**4. Motions**

The parties do not currently anticipate filing dispositive motions, however Southwest's position may change depending on potential amendments to Plaintiff's pleadings.

**5. Amendment of Pleadings**

Plaintiff may seek to amend her complaint.

**6. Evidence Preservation**

The parties have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information ("ESI Guidelines") and met and conferred pursuant to Fed. R. Civ. P. 26(f) regarding reasonable and proportionate steps taken to preserve evidence relevant to the issues reasonably evident in this action.

**7. Disclosures**

The parties will exchange their initial disclosures pursuant to Fed. R. Civ. P. 26 on February 12, 2025.

**8. Discovery**

No formal discovery has been conducted to date. Following initial disclosures, the parties anticipate conducting discovery on the issues of liability and damages, including depositions of Plaintiff, the Southwest employee involved in the incident, and treating physicians of Plaintiff. No limitations or modifications of the discovery rules are proposed and a stipulated e-discovery order is not required.

**9. Class Actions**

This is not a class action.

**10. Related Cases**

There are no related cases.

**11. Relief**

Plaintiff seeks monetary damages for her alleged personal injuries.

**12. Settlement and ADR**

The parties have met and conferred regarding ADR options and have agreed to conduct private mediation. The parties anticipate being prepared to conduct ADR in 180 days and anticipate filing a Stipulation and Proposed Order Selecting ADR Process in 90 days.

**13. Other References**

This case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**14. Narrowing of Issues**

The parties have not agreed to a narrowing of issues at this time.

**15. Scheduling**

The parties propose the following schedule:

Disclosure of Experts: November 10, 2025

Disclosure of Rebuttal Experts: December 10, 2025

Close of Discovery: February 23, 2026

Dispositive Motion Filing Deadline: April 3, 2026

Dispositive Motion Hearing Date: To be assigned by the Court.

Final Pretrial Conference: Date to be assigned in August 2026

Trial: Date to be assigned in September 2026

**16. Trial**

The parties request a jury trial and estimate a four-day trial.

**17. Disclosure of Non-party Interested Entities or Persons**

Southwest has filed a Corporate Disclosure Statement as required by Civil Local Rule 3-15.

**18. Professional Conduct**

All attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

**19. Other**

None.

Dated: February 11, 2025

**THE LAW COLLECTIVE, APLC**

By: ______________________
AARON ESLAMBOLY
Attorneys for Plaintiff Wanda Rena Bolden Ross

Dated: February 12, 2025

**THE RYAN LAW GROUP**

By: */s/ Rebekka Martorano*
TIMOTHY J. RYAN
REBEKKA R. MARTORANO
Attorneys for Defendant
Southwest Airlines Co.